# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00259-CV

**Aleksei Kudimov, Appellant**

**v.**

**Anna Kudimova, Appellee**

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-19-007227, THE HONORABLE JAN SOIFER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Aleksei Kudimov has filed an unopposed motion to dismiss this appeal.

We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

Gisela D. Triana, Justice

Before Justices Goodwin, Triana, and Kelly

Dismissed on Appellant's Motion

Filed: June 30, 2021